Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>  vs.<br><br>JUAN FRANCISCO GONZALEZ dba TACOS GALACTICOS, et al.,<br><br>    Defendants. | No. 1:16-cv-00531-LJO-EPG<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice as to Defendants Juan Francisco Gonzalez dba Tacos Galacticos; Anthony Albert Sandoval; and Sandra Sandoval. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  **July 27, 2016**          /s/ Lawrence J. O'Neill
                        UNITED STATES CHIEF DISTRICT JUDGE